UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TK TOWING, INC., **Plaintiff** | CIVIL ACTION |
| VERSUS | NO. 22-1047 |
| CONSTRUCTION SOLUTIONS, LLC, **Defendant** | SECTION: "E" (5) |

## ORDER

Because the record reflects that the Defendant has been served but has not timely filed responsive pleadings in this matter, on May 20, 2022, the Court ordered the Plaintiff within twenty days to move for entry of default or show good cause in writing why the Defendant should not be dismissed for failure to prosecute.[1] On June 6, 2022, Plaintiff filed a memorandum explaining the previous attempt at service was potentially inadequate and requesting the Court grant Plaintiff an additional 60 days in which to effect service.[2]

**IT IS ORDERED** that Plaintiffs' request is **GRANTED**. Plaintiff shall serve the Defendant on or before **August 5, 2022**.

New Orleans, Louisiana, this 7th day of June, 2022.

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 7.
[2] R. Doc. 8.