UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TK TOWING, INC.                                   CIVIL ACTION NO: 22-1047

                                                  DISTRICT JUDGE (E)
VERSUS                                            HON. SUSIE MORGAN

                                                  MAGISTRATE JUDGE (5)
CONSTRUCTION SOLUTIONS, LLC.                      HON. MICHAEL NORTH

## ORDER

Considering the foregoing ex parte motion for issuance of writ of postjudgment garnishment,

**IT IS ORDERED** that the motion is **GRANTED**. A writ of postjudgment garnishment shall be issued from this Court, commanding the United States Marshal to seize any and all property, real and personal, tangible or intangible, as well as any other rights, credits and interests of Construction Solutions, LLC sufficient to satisfy the judgment rendered in the captioned matter in favor of TK Towing, Inc..

**New Orleans, Louisiana, this 26th day of January, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**